IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS A. HIGHTOWER,

       Plaintiff,                          No. CIV S-08-1129 WBS EFB P

    vs.

JAMES TILTON, et al.,

       Defendants.                 ORDER

            Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

            He has also requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

/////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. Plaintiff has 30 days from the date of service of this order to submit either the filing
3 fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail to
4 plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this
5 order will result in a recommendation that this action be dismissed; and

6    2. Plaintiff's May 22, 2008, request for appointment of counsel is denied.

7 DATED: June 3, 2008.

/s/ Edmund F. Brennan

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2