UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS A. HIGHTOWER,

               Plaintiff(s),

     v.

JAMES TILTON, et al.,

               Defendant(s).

NO. 2:08-CV-01129MJP

ORDER ON APPLICATION TO
PROCEED *IN FORMA PAUPERIS*

       Plaintiff is a state prisoner proceeding *pro se*. Plaintiff seeks relief pursuant to 42 U.S.C. §
1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

       Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).
Accordingly, the request to proceed *in forma pauperis* will be granted.

       Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§
1914(a) and 1915(b)(1). Plaintiff has not been assessed an initial partial filing fee. By separate order,
the Court will direct the appropriate agency to collect the filing fee from Plaintiff's trust account and
forward it to the Clerk of the Court. Plaintiff will be obligated for monthly payments of twenty
percent of the preceding month's income credited to Plaintiff's prison trust account. These payments
will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in
Plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

       In accordance with the above, IT IS ORDERED that:

       1.     Plaintiff's request for leave to proceed *in forma pauperis* is GRANTED.

       2.     Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff

             has not been assessed an initial partial filing fee. All fees shall be collected and paid in

**ORDER ON IFP
APPLICATION - 1**

accordance with this Court's order to the Director of the California Department of

Corrections and Rehabilitation filed concurrently herewith.


The clerk is directed to provide copies of this order to all counsel of record.

Dated: March 2, 2009

_/s/ Marsha J. Pechman_____
Marsha J. Pechman
United States District Judge
(sitting by designation in the Eastern District of California)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER ON IFP
APPLICATION - 2**