IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS A. HIGHTOWER,

      Plaintiff,                    No. 2:08-cv-01129-MJP

      vs.                              ORDER AUTHORIZING SERVICE

JAMES TILTON, et al.,

      Defendants.

_____ /

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested and been granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants:

                A.    James Tilton, Secretary of Department of Corrections and Rehabilitation;

                B.    Roseanne Campbell, Warden of Mule Creek State Prison;

1  C. Sgt. B. Griffin, Correctional Sergeant at Mule Creek State Prison;

2  D. Lt. T. Gutierrez, Correctional Lieutenant at Mule Creek State
3  Prison;

4  E. LVN F. Mwangi, contract worker at Mule Creek State Prison;

5  F. Sgt. Carrillo, Correctional Sergeant at Mule Creek State Prison;

6  G. Capt. Terry Lewis, Correctional Captain at Mule Creek State
7  Prison;

8  H. M.D. Bunnell; Associate Warden at Mule Creek State Prison;

9  I. C.O. Montanaez (phonetic), Correctional Property Officer at Mule
10 Creek State Prison;

11 J. Sgt. Rodriguez, Correctional Sergeant at Mule Creek State Prison;

12 K. N. Grannis, Chief of Inmate Appeals at Mule Creek State Prison;

13 L. C.O. Fox, Correctional Officer at Mule Creek State Prison;

14 M. C.O. Fierson, Correctional Officer at Mule Creek State Prison;

15 N. Richard Subia, Warden (A) at Mule Creek State Prison;

16 O. L.B. Reaves III, Correctional Counselor III and/or Associate
17 Warden at Mule Creek State Prison;

18 P. Silvia H. Garcia, Chief Deputy Warden at Mule Creek State Prison;

19 Q. E.A. Reyes, Correctional Counselor III and/or Associate Warden at
20 Mule Creek State Prison.

21      2. The Clerk of the Court shall send plaintiff seventeen (17) USM-285 forms, one
22 summons, an instruction sheet and a copy of the complaint filed May 22, 2008 (Dkt. No. 1).

23      3. Within thirty days from the date of this order, plaintiff shall complete the
24 attached Notice of Submission of Documents and submit the following documents to the court:

25
26      a. The completed Notice of Submission of Documents;

      b. One completed summons;

      c. One completed USM-285 form for each defendant listed in number 3 above; and

      d. Eighteen (18) copies of the endorsed complaint filed May 22, 2008 (Dkt. No. 1).

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:    June 24, 2009

*(signature)*
Marsha J. Pechman
U.S. District Judge

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

           Plaintiff,                       No. 2:#cv-

   vs.

                                      NOTICE OF SUBMISSION

        Defendants.               OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

         ____ completed summons form

         ____ completed USM-285 forms

         ____ copies of the _____
                          Complaint/Amended Complaint

DATED:

                                                     _____
                                                       Plaintiff