IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS A. HIGHTOWER,                          No. 2:08-cv-01129-MJP

    vs.

JAMES TILTON, et al.                          ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On October 2, 2007, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to Defendants Carrillo and Fierson was returned unserved because "Defendant no longer employed at institution; no forwarding address."  Plaintiff must provide additional information to serve these defendants.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to Plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

1           Accordingly, IT IS HEREBY ORDERED that:

2           1.  The Clerk of the Court is directed to send to plaintiff three (3) USM-285

3 forms, along with an instruction sheet and a copy of the complaint filed May 22, 2008;

4           2.  Within sixty days from the date of this order, plaintiff shall complete and submit

5 the attached Notice of Submission of Documents to the court, with the following documents:

6              a.  One completed USM-285 form for each defendant;

7              b.  Three (3) copies of the endorsed complaint filed [date]; and

8              c.  One completed summons form (if not previously provided)

9 or show good cause why he cannot provide such information.

10 DATED:   November 10, 2009

11

12

13                                   Marsha J. Pechman
                                  U.S. District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    THOMAS A. HIGHTOWER,                        No. 2:08-cv-01129-MJP

12         vs.

13                                                NOTICE OF SUBMISSION

14    JAMES TILTON, et al.                        OF DOCUMENTS

15    _____/

16         Plaintiff hereby submits the following documents in compliance with the court's

17    order filed _____:

18         _____              completed summons form

19         _____              completed USM-285 forms

20         _____     copies of the _____
                                     Complaint/Amended Complaint

21    DATED:

22

23                                    _____
                                      Plaintiff
24

25

26