UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. HIGHTOWER, ) | |
| ) | CASE NO. C08-1129 - MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER RE: APPLICATION FOR |
| ) | APPOINTMENT OF COUNSEL |
| JAMES TILTON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |

Plaintiff proceeds pro se and *in forma pauperis* in this civil rights action under 42 U.S.C. §§ 1981 - 1985. This matter comes before the Court on Plaintiff's application for court appointed counsel (Dkt. 52.) Having reviewed the application and the remaining record, the Court finds and ORDERS as follows:

(1) The Court refers plaintiff's application for counsel to the Screening Committee of this Court's pro bono panel in the Western District of Washington. The Committee shall review the case and make its recommendation to the Court, in accordance with the plan and rules for the pro bono panel.

ORDER RE: APPLICATION FOR
APPOINTMENT OF COUNSEL
PAGE -1

(2) The motions currently pending in this matter will remain on the briefing schedule previously ordered (Dkt. No. 51) until further notice. If counsel is appointed for Plaintiff, the Court will entertain a motion to continue the deadline for Plaintiff's reply briefing. The Government's briefing deadline remains unaffected by this Order.

The Clerk shall send a copy of this Order to the pro se Plaintiff, to counsel, and to the Chair of the Screening Committee.

DATED this 13th day of October, 2010.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge