UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS A. HIGHTOWER,

    Plaintiff(s),

v.

JAMES TILTON, et al.,

    Defendant(s).

NO. C08-1129MJP

ORDER ON:
BRIEFING SCHEDULE FOR
PENDING MOTION

The above-entitled Court is in receipt of Defendants' Notice and Motion to Dismiss (Dkt. No. 69) and enters the following order in regards to the briefing schedule:

IT IS ORDERED that counsel for the government and Defendant are to confer on the briefing schedule for the responsive pleadings and present the Court with a timely and mutually agreeable timeline for filing Defendant's response brief and the government's reply brief. That schedule shall be filed with the Court no later than **July 1, 2011.**

Dated: June 24, 2011

Marsha J. Pechman
U.S. District Judge

**ORDER ON MOTIONS - 1**