IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS HIGHTOWER,

        Plaintiff,                  No. C08-1129

    vs.

JAMES TILTON, et al.,

        Defendants.           BRIEFING SCHEDULE FOR DEFENDANTS'
                                                  MOTION TO DISMISS

        The above-entitled Court, having received and reviewed the parties' Joint Proposed Briefing Schedule for Defendants' Motion to Dismiss, enters the following order:

        IT IS ORDERED that the following schedule will be observed for responsive briefing on Defendants' pending motion to dismiss:

        Plaintiff's Opposition to be filed by **July 21, 2011**

        Defendants' Reply, if any, to be filed by **July 28, 2011**

        The Court will consider the motion ripe for ruling as of **July 29, 2011.**

DATED: July 7, 2011

Marsha J. Pechman
U.S. District Judge