UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HIGHTOWER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES TILTON, et al.,<br><br>　　　　　　Defendant. | CASE NO. C08-1129MJP<br><br>ORDER |

The Court is in receipt of Defendants' Motion to Dismiss (Dkt. No. 78). The following briefing schedule is established:

Plaintiff's Response Brief　　　　　　**November 28, 2011**

Defendants' Reply Brief　　　　　　**December 2, 2011**

The motion is hereby noted for **December 2, 2011.**

ORDER- 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated: November 7, 2011.

                                    /s/ Marsha J. Pechman
                                    Marsha J. Pechman
                                    United States District Judge

ORDER- 2