# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HIGHTOWER, | CASE NO. C08-1129MJP |
| Plaintiff, | ORDER |
| v. | |
| JAMES TILTON, et al., | |
| Defendant. | |

The Court is in receipt of Defendants' Motion to Dismiss (Dkt. No. 78). The following briefing schedule is established:

| | |
|---|---|
| Plaintiff's Response Brief | **November 28, 2011** |
| Defendants' Reply Brief | **December 2, 2011** |

The motion is hereby noted for **December 2, 2011.**

ORDER- 1

1      The clerk is ordered to provide copies of this order to all counsel.

2      Dated: November 7, 2011.

                              Marsha J. Pechman
                              United States District Judge

ORDER- 2