KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3866
 Fax: (916) 324-5205
 E-mail: Gregory.Gomez@doj.ca.gov
Attorneys for Defendants Grannis, Tilton, Campbell, Fox, Bunnell, Montanez, Reaves, Subia, Huerta-Garcia, Reyes, Griffin, Gutierrez, Mwangi, Lewis and Rodriquez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS A. HIGHTOWER,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES TILTON, et al.,<br><br>          Defendants. | 2:08-cv-01129-MJP<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE** |

Under Local Rule 144(a), the parties stipulate that Defendants' Reply to Plaintiff's Opposition to Defendants' motion to dismiss in this matter will be due December 9, 2011.

SO STIPULATED.

DATED: 11/30/11

_____
Dario A. Machleidt
Attorney for Plaintiff

SO STIPULATED.

DATED: 11/30/11

_____
Gregory G. Gomez
Attorney for Defendants

1

1   IT IS ORDERED that Defendants' reply to Plaintiff's opposition to Defendants' motion to
2   dismiss will be due on December 9, 2011.
3
4   DATED: Dec 12, 2011.
5
6   _____
    Marsha J. Pechman
7   United States District Judge
8
    SA2009313399
9   31390562.doc