## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

THOMAS A. HIGHTOWER,

      Plaintiff,

vs.

JAMES TILTON, ET AL.,

      Defendants.
_____/

No. C08-1129-MJP

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Thomas Hightower, inmate # J-98566, a necessary and material witness in a settlement conference in this case on October 17, 2012, is confined in Mule Creek State Prison (MCSP), 4001 Highway 104, Ione, California, 95640, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #2 on October 17, 2012 at 2:30 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: Warden, MCSP, P. O. Box 409099, Ione, California, 95640:

      **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

      **FURTHER,** you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 26, 2012

*/s/ Marsha J. Pechman*
Marsha J. Pechman
U.S. District Judge