UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. HIGHTOWER, | CASE NO. 2:08-cv-01129-MJP |
| Plaintiff, | ORDER |
| v. | |
| JAMES TILTON, et al., | |
| Defendant. | |

The Court has received and reviewed the parties' Stipulation to Modify Scheduling Order to Extend Discovery Deadline (Dkt. No. 89). In light of the fact that the Court has recently approved a settlement conference for the parties on October 17, 2012,

IT IS ORDERED that this request is DENIED, with leave to resubmit the request should the settlement conference prove unsuccessful.

ORDER- 1

1      The clerk is ordered to provide copies of this order to all counsel.

2      Filed this 27th day of September, 2012.

                             *[signature]*

                             Marsha J. Pechman
                             United States District Judge