| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS HIGHTOWER, | | CASE NO. C08-1129MJP |
| | Plaintiff, | ORDER OF DISMISSAL |
| v. | | |
| JAMES TILTON, et al., | | |
| | Defendant. | |

Pursuant to the parties' stipulation re: voluntary dismissal (Dkt. No. 99) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED with prejudice as to all defendants; all parties to bear their own costs. Accordingly, the Jury Trial set for April 13, 2013 is VACATED, and the case is CLOSED.

The Clerk of the Court is ordered to provide copies of this order to all counsel.

Dated this 21st day of February, 2013.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER OF DISMISSAL- 2